JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIANCHAO LI  (A# 246-741-365), | ) | Case No. 5:26-cv-03410-KJM |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN OF DESERT VIEW | ) | |
| FACILITY; ET AL., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

## JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 9), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) is granted.  Respondents report that Petitioner has been released from custody (ECF No. 11).  The Court thus DIRECTS the Clerk of Court to close the case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July 2, 2026.



Kenneth J. Mansfield
United States Magistrate Judge